**11 CIV. 8300**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Anthony Williams

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

City of New York et. al.,

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes  ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

## I.    Parties in this complaint:

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    Michael Williams
ID #    3491109912
Current Institution    MDC
Address    125 White St Ny Ny 10013

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

_Rev. 05/2007_

1

Defendant No. 1    Name _Victor Appel_    Police officer    Shield # _00547_
Where Currently Employed _17th precent_
Address _NY NY_

Defendant No. 2    Name _Police officer Terrance Kane_ Shield # _22803_
Where Currently Employed _17th precent_
Address _NY NY_

Defendant No. 3    Name _Detective Police of James Knight_    Shield # _07767_
Where Currently Employed _17th precent_
Address _NY NY_

Defendant No. 4    Name _Dectective Annamari Berragozzi_    Shield # _01275_
Where Currently Employed _17th precent_
Address _NY NY_

Defendant No. 5    Name _Daniel Ryan    Edward McGann - 01107_    Shield # _30840_
Where Currently Employed _17th Precent_
Address _NY NY_

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _IN transport From 17th precent to Central Booking NY NY_

B.    Where in the institution did the events giving rise to your claim(s) occur? _None_

C.    What date and approximate time did the events giving rise to your claim(s) occur? _June 18th Aprox 10 to 12 PM_

Rev. 05/2007

2

D. Facts: I was arrested by the present out found fit for them to ask me to work on their pay roll, I disagreed their where an exchange of words between me and them they then fabricated charges against me and on route to Central booking put hand cuffs on Extremly tight and took FDR Drive which was congested and I stood almost hour in server pian cuffs cutting into my wrist and when I was reached Dstination In front intrance or back intrance to I complained to them and fainted They did not give me any type of medical treatment There are cameras out there to show! In front of Entrance once I arrived inside Captian Informed officer to get me medral treatment officer insisted on hauling me down stairs stoping me from falling and whe cuffs were removed both hands were inflated and in pain the letf one and right one up till today pain in wrist right thumb no longer functions pain stiffens up Tip to this date. All this occured the night of June 18th

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

III. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Pain Cuffes cut in to wrist Causing Survier pain there has to be lots of damage Nerve because I dont feel hands and stiffness Not being able to freely Move thumb wrief pain Joint pain lack of flexibility left hand feels little better "However" right Hand still 4 months later pain still Numbness Not able to use like I Normally did.

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No ✓

(out in street)

*Rev. 05/2007*

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓    No _____    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No ✓    Do Not Know _____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No ✓

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? _did Not file Grievance,_

1.    Which claim(s) in this complaint did you grieve?    _NONE_

2.    What was the result, if any?    _N/A_

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____    _None_____

_____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

_____

_____    _None_____

_____

2.    If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____(None)_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

WEnt to Medical to MAKe COMPlaiNt
for Pain at MDC. Their respose This
is Normal will go away has not gone away
as of today

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).   $ Three hundred Thousand

I Work with my hands and
This is how I make my living

I want to be Compesated for
pain Suffering and damage done to
My Wrist and hands and Thumb.

I

Rev. 05/2007

5

**VI.** **Previous lawsuits:**

On these claims

**A.** Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

**B.** If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ None

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)

_____

_____

_____

On other claims

**C.** Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

**D.** If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ None

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

*Rev. 05/2007*

6

7.    What was the result of the case? (For example:   Was the case dismissed?   Was there judgment in your favor?   Was the case appealed?)

_____ _____None_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _20_ day of ___October___ , 20_11_

Signature of Plaintiff _____

Inmate Number ____349110912____

Institution Address ____125 White St____

____NY  NY  10013____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _20_ day of ___October___ , 20_11_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

*Rev. 05/2007*

7